# United States District Court
# For The Western District of North Carolina
# Asheville Division

William Howard Mussio ,

        Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                  2:11-cv-00023

Commissioner of Social Security ,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/30/12 Order of Remand.


                                                    Signed: May 30, 2012

                                                    Frank G. Johns, Clerk
                                                    United States District Court