# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION
### CIVIL CASE NO. 2:11-CV-023-MR-DCK

| | | |
|---|---|---|
| WILLIAM HOWARD MUSSIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act" (Document No. 26). This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and immediate review of this motion is appropriate.

After careful consideration of the motion and the record, the undersigned will order that the motion be denied without prejudice. It does not appear that Plaintiff has satisfied the requirement of consultation pursuant to Local Rule 7.1 (B).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion For Attorney Fees Under The Equal Access To Justice Act" (Document No. 26) is **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file his motion consistent with the Local Rules.

Signed: August 29, 2012

David C. Keesler
United States Magistrate Judge